FILED (SG)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

08 APR 15 AM 9:00

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JAMES LEE WHITE, III | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 3:08cv-1-h ) |
| FORTY ACRES AND A MULE FILMWORKS INC, and MR. SHELTON J. SPIKE LEE | ) ) ) ) |
| Defendant(s). | ) ) |

\* \* \* \* \* \* \* \* \*

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, James L. White, III, and in support of his Motion for Default Judgment, states as follows:

1. Plaintiff filed a complaint for copyright infringement misappropriation of ideas and Unjust enrichment against the Defendants seeking damages and compensation to be decided by the court.

2. That the Complaint was properly served upon the Defendants 40 Acres and A Mule Filmworks Inc and Shelton J Spike Lee on March 25th 2008 at 1:10pm.

3. Defendants 40 Acres and A Mule Filmworks Inc and Shelton J Spike Lee has failed to appear, answer or otherwise respond to the Complaint.

WHEREFORE, Plaintiff respectfully requests that default judgment be entered against these Defendants, and granting the relief requested in Plaintiff's Complaint.

Respectfully submitted,

*[signature]*

James Lee White III
4350 Brownsboro Rd Ste 110
Louisville, KY 40207

PLAINTIFF – PRO SE

## CERTIFICATE OF SERVICE

A copy hereof was mailed to the following on April 15th, 2008:

40 Acres and A Mule Filmworks, Inc and Shelton J Spike Lee
124 Dekalb Avenue
Brooklyn, New York 11217

-and-

David Halberstader
Katten Muchin Rosenman LLP
2029 Century Park East Suite 2600
Los Angeles, CA 90067-3012

*[signature]*
PLAINTIFF James Lee White III