UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

| | |
|---|---|
| JAMES LEE WHITE, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FORTY ACRES AND A MULE ) | CASE NO. 3:08–CV–00001–H |
| FILMWORKS, INC.; SHOWTIME ) | |
| NETWORKS, INC.; CBS VIACOM; and MR. ) | |
| SHELTON J. SPIKE LEE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the Settlement Agreement executed on April __, 2008, Plaintiff James Lee White III hereby respectfully requests that the Court dismiss this entire action, with prejudice, against all of the named Defendants.

Dated: May 13, 2008            Respectfully submitted,

By: _____
James Lee White III
4350 Brownsboro Road, Suite 110
Louisville, Kentucky 40207

### ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that this action is dismissed, in its entirety and with prejudice, as to all named Defendants.

Dated: May __, 2008            _____
United States District Judge